**07 CR 853**

*JUDGE RONALD GUZMAN* (stamp)
*MAGISTRATE JUDGE GERALDINE SOAT BROWN* (stamp)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**FILED**
JUN 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO ☒　YES ☐** If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
**NO ☐　YES ☒** If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
United States v. Robert Brunt, et al, 07 CR 853, Judge Guzman

3) Is this a re-filing of a previously dismissed indictment or information? **NO ☒　YES ☐**
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
**NO ☒　YES ☐** If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO ☒　YES ☐**

6) What level of offense is this indictment or information? **FELONY ☒　MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?** **NO ☒　YES ☐**

8) Does this indictment or information include a conspiracy count? **NO ☒　YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ...... (II) | ☐ Assault ........ (III) | ☐ Income Tax Fraud .. (II) |
| ☐ Criminal Antitrust (II) | ☐ Burglary ....... (IV) | ☒ Postal Fraud ....... (II) |
| ☐ Bank robbery .... (II) | ☐ Larceny and Theft (IV) | ☐ Other Fraud ....... (III) |
| ☐ Post Office Robbery (II) | ☐ Postal Embezzlement (IV) | ☐ Auto Theft ........ (IV) |
| ☐ Other Robbery .. (II) | ☐ Other Embezzlement (III) | ☐ Transporting Forged Securi- |

(Revised 12/99)

| | |
|---|---|
| ties (III) | ☐ DAPCA Controlled Substances (III) |
| ☐ Forgery ........ (III) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Counterfeiting ..... (III) | ☐ Immigration Laws ... (IV) |
| ☐ Sex Offenses ...... (II) | ☐ Liquor, Internal Revenue Laws (IV) |
| ☐ DAPCA Marijuana . (III) | ☐ Food & Drug Laws ... (IV) |
| ☐ DAPCA Narcotics .. (III) | ☐ Motor Carrier Act .... (IV) |
| | ☐ Selective Service Act (IV) |
| | ☐ Obscene Mail ...... (III) |
| | ☐ Other Federal Statutes (III) |
| | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. § 1341; 18 U.S.C. § 1343; 18 U.S.C. § 2

*[signature]*

James M. Kuhn, Sr.
Assistant United States Attorney

(Revised 12/99)