## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 853 - ALL | **DATE** | 6/26/2008 |
| **CASE TITLE** | USA vs. BRUNT, et al | | |

**DOCKET ENTRY TEXT**

Motion by USA for extension of time as to all defendants to extend pretrial schedule [21] is granted. All previously set pretrial dates are vacated. Status hearing held and continued to 7/16/08 at 10:30 a.m. In the interest of justice, Government's oral motion to exclude time is granted. Time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). (X-T1)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CG |
|---|---|---|