# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 853-4 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. John Farano | | |

**DOCKET ENTRY TEXT**

Arraignment and Plea for John Farano is set for 07/24/08 at 9:30 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|