## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 853 - 4 | **DATE** | 7/24/2008 |
| **CASE TITLE** | USA vs. John Farano | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of his rights. Michale Attinger is given leave to appear on behalf of the defendant. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to each charge and all counts of the Indictment. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). (X-T). Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. Hearing on proposed additional condition of release set for 08/18/08 at 10:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|