U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of: John Farano

Case Number: 07CR 853-04

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
John Farano

FILED
JUL 24 2008
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

NAME (Type or print): Michael D. Ettinger

SIGNATURE (Use electronic signature if the appearance form is filed electronically): s/ Michael D. Ettinger

FIRM: Ettinger, Besbekos + Schroeder

STREET ADDRESS: 12413 S. Harlem Suite 203

CITY/STATE/ZIP: Palos Heights IL 60463

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 0757268

TELEPHONE NUMBER: 708-598-1111

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐