# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 853 - 4 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA vs. John Farano | | |

**DOCKET ENTRY TEXT**

The Conditions of Release are amended to reflect that the defendant shall report to pretrial services and submit to drug testing as directed. Defendant shall also surrender his passport to pretrial services immediately as previously directed.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|